## SALVO et al. v. UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit.   April 18, 1922.)

No. 2967.

Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois.

Suit by the United States against Sam Salvo and others. From a decree granting an injunction, defendants appeal. Affirmed.

Henry W. Freeman, of Chicago, Ill., for appellants.
P. H. Ward, of Sterling, Ill., for the United States.

Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

PER CURIAM. This appeal is from a decree enjoining appellants from maintaining a nuisance on premises therein described. The opinions in Lewinsohn v. U. S., 278 Fed. 421, Allen v. U. S., 278 Fed. 429, Grossman v. U. S., 280 Fed. 683, Shore v. U. S., 282 Fed. 857, and Heitler v. U. S., 280 Fed. 703, recently decided by this court, are decisive of all the questions presented on this appeal.

The decree is affirmed.

---

## KINATEDER et al. v. UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit.   April 18, 1922.)

No. 2971.

Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois.

Suit by the United States against Math Kinateder and others. From a decree granting an injunction, defendants appeal. Affirmed.

Rush B. Johnson, of Chicago, Ill., for appellants.
P. H. Ward, of Sterling, Ill., for the United States.

Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

PER CURIAM. This appeal is from a decree enjoining appellants from maintaining a nuisance on premises therein described. The opinions in Lewinsohn v. U. S., 278 Fed. 421, Allen v. U. S., 278 Fed. 429, Shore v. U. S., 282 Fed. 857, and Heitler v. U. S., 280 Fed. 703, recently decided by this court, are decisive of all the questions presented on this appeal.

The decree is affirmed.